UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

ELIZABETH HIGHTOWER SABOL) CV 12-08284-SH
          Plaintiff, ) JUDGMENT
vs. )
)
CAROLYN COLVIN, Acting )
COMMISSIONER OF SOCIAL )
SECURITY ADMINISTRATION, )
          Defendant, )

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: June 25, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE