UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ELIZABETH HIGTHOWER SABOL | CV 12-08284-SH |
| Plaintiff, | JUDGMENT |
| vs. | |
| CAROLYN COLVIN, Acting COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant, | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: June 25, 2013

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE